■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRENT V. BEACH, Appellant. [3 NYS3d 652]—Garry, J. Appeal from a judgment of the County Court of Franklin County (Main Jr., J.) entered February 20, 2013, which revoked defendant's probation and imposed a sentence of imprisonment.

Following defendant's plea of guilty to the crime of criminal mischief in the third degree, he was sentenced to 180 days in jail and five years of probation. Thereafter, defendant admitted to violating two of the conditions of his probation. County Court revoked defendant's probation and sentenced him to 1 to 3 years in prison. Defendant now appeals.

We affirm. Defendant's sole contention on appeal is that his sentence is harsh and excessive. We disagree. The record establishes that defendant has a lengthy criminal record and has demonstrated an inability to comply with the conditions of his probation. Under these circumstances, we find no abuse of discretion or any extraordinary circumstances warranting a reduction of the sentence in the interest of justice (*see People v Smurphat*, 91 AD3d 980, 981 [2012], *lv denied* 18 NY3d 962 [2012]; *People v Rowland*, 11 AD3d 825, 825-826 [2004]).

Peters, P.J., Rose and Lynch, JJ., concur. Ordered that the judgment is affirmed.